### KAHN v. KAHN.

(Supreme Court, Special Term, New York County. March 18, 1909.)

MARRIAGE (§ 20*)—MARRIAGE BY MUTUAL AGREEMENT—FAILURE TO FILE CONTRACT.

A failure to file a contract of marriage in the office of the city clerk, which is properly executed and in all other respects complies with Laws 1901, p. 933, c. 339, does not invalidate the marriage.

[Ed. Note.—For other cases, see Marriage, Dec. Dig. § 20.*]

Action by Bertha Kahn against Ed. A. Kahn for separation for nonsupport. Decree for plaintiff ordered.

Henry Kuntz, for plaintiff.
Abraham Levy, for defendant.

NEWBURGER, J. The only question raised in this case is whether the failure to file the contract of marriage between the parties in the office of the city clerk invalidated the agreement. It is conceded that the contract was properly executed, and, with the exception of filing, in all other respects complied with chapter 339, p. 933, of the Laws of 1901. On the motion for alimony and counsel fee Mr. Justice Bischoff held that the marriage was valid. See 60 Misc. Rep. 334, 113 N. Y. Supp. 256. It was admitted that the defendant has not contributed

to the support of the plaintiff. I am of the opinion that the marriage between the plaintiff and defendant is valid, and plaintiff is entitled to a decree of separation.

Submit findings and decree.